UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 14-108 SI (pr) |
| JOEL P. WHITNEY, | **JUDGMENT** |
| Plaintiff. | |

This action is dismissed because it was opened in error.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 11, 2014

_____
SUSAN ILLSTON
United States District Judge